# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jeffrey Scott Lewis | Case No: 7:13-CR-14-1BR<br>USM No: 57080-056 |
| Date of Original Judgment: September 3, 2013<br>Date of Previous Amended Judgment:<br>(Use Date of Last Amended Judgment if Any) | Diana Pereira<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

- Amendment 782 is applicable to the defendant, but because of the quantity of controlled substance for which the defendant was held accountable, 7.5 grams of cocaine, it does not have the effect of lowering the applicable guideline imprisonment range.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 3, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1/28/2015

Effective Date: _____
*(if different from order date)*

W. Earl Britt, Senior U.S. District Judge
*Printed name and title*