IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CR-14-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY SCOTT LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's pro se motion (D.E. 59) for a free copy of the docket sheet. Defendant's motion for a free copy of the docket sheet is GRANTED, and the Clerk is DIRECTED to send him a copy at no expense.

SO ORDERED, this the 11th day of December 2015.

_____
James E. Gates
United States Magistrate Judge